# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ORRIS J. GREEN (#462753)　　　　　　　　　　　　　　　　CIVIL ACTION

VERSUS

　　　　　　　　　　　　　　　　　　　　　　　　　　　　NUMBER 15-42-JWD-SCR

DARRELL VANNOY, ET AL

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 29, 2015, to which no objection was filed:

**IT IS ORDERED** that the Plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Signed in Baton Rouge, Louisiana, on May 29, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**JUDGE JOHN W. deGRAVELLES**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　　　　**MIDDLE DISTRICT OF LOUISIANA**